UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-14035-CR-CANNON/MAYNARD

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846



FILED BY ___MB___ D.C.

AUG 17 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

vs.

ALPHONSO COLEMAN, JR.,
and
JUAN CARLOS SANCHEZ ECHEVARRIA,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Distribute a Controlled Substance**
**(21 U.S.C. §§ 841(a)(1) and 846)**

From at least as early as in or around March 2023, and continuing through in or about May 2023, in Indian River County, in the Southern District of Florida, and elsewhere, the defendants,

**ALPHONSO COLEMAN, JR., and
JUAN CARLOS SANCHEZ ECHEVARRIA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **ALPHONSO COLEMAN, JR.**, as a result of his own conduct, and the conduct of other conspirators reasonably

foreseeable to him, is forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

The controlled substance involved in the conspiracy attributable to **JUAN CARLOS SANCHEZ ECHEVARRIA**, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

### COUNT 2
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about March 16, 2023, in Indian River County, in the Southern District of Florida, the defendant,

**ALPHONSO COLEMAN, JR.,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 3
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about April 19, 2023, in Indian River County, in the Southern District of Florida, the defendants,

**ALPHONSO COLEMAN, JR.,**
**and**
**JUAN CARLOS SANCHEZ ECHEVARRIA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further alleged that this violation involved forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 4
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about May 2, 2023, in Indian River County, in the Southern District of Florida, the defendant,

**ALPHONSO COLEMAN, JR.,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further alleged that this violation involved forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant has an interest.

2. Upon conviction of any violation of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in this Indictment, the defendants, **ALPHONSO COLEMAN, JR.,** and **JUAN CARLOS SANCHEZ ECHEVARRIA,** shall forfeit to the United States all property, real and personal, which constitutes or is derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-14035-CR-CANNON/MAYNARD

v.

ALPHONSO COLEMAN, JR., and JUAN CARLOS SANCHEZ ECHEVARRIA,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☒ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
MICHAEL PORTER
Assistant United States Attorney
FL Bar No.    0031149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ALPHONSO COLEMAN, JR.

Case No: 23-14035-CR-CANNON/MAYNARD

Count #: 1

Conspiracy to Distribute forty (40) grams or more of fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 846

* **Max Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $5,000,000/$100 Special Assessment

Count #: 2

Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Max. Fine:** $1,000,000/$100 Special Assessment

Count #: 3

Distribution of forty (40) grams or more of fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $5,000,000/$100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 4

<u>Distribution of forty (40) grams or more of fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)</u>

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $5,000,000/$100 Special Assessment

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JUAN CARLOS SANCHEZ ECHEVARRIA

**Case No**: 23-14035-CR-CANNON/MAYNARD

Count #: 1

Conspiracy to Distribute forty (40) grams or more of fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 846

* **Max Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $5,000,000/$100 Special Assessment

Count #: 3

Distribution of forty (40) grams or more of fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $5,000,000/$100 Special Assessment

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.